IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DALLAS WAYNE MILLER, #1067795 | § | |
| VS. | § | CIVIL ACTION NO. 5:05cv40 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's Report on Petitioner's motion to proceed *in forma pauperis*, and the Magistrate Judge's Report containing proposed findings of fact and recommendations for disposition of the case.  Petitioner filed objections to the Report recommending that the case be dismissed.

This Court made a *de novo* review of Petitioner's objections and determined that they lack merit.  This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS** that Petitioner's motion to proceed *in forma pauperis* (dkt.#11) is **DENIED**;

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**; and,

**ORDERS** that all other motions not previously ruled on are denied.

**SIGNED this 13th day of March, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE